Same case below, 635 F.3d 850.

**No. 11-316. United States Steel Corporation, et al., Petitioners v. Brian K. Milward, et ux.**

565 U.S. 1111, 132 S. Ct. 1002, 181 L. Ed. 2d 734, 2012 U.S. LEXIS 229.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 639 F.3d 11.

**No. 11-329. Paul M. Dean, Jr., Petitioner v. United States.**

565 U.S. 1111, 132 S. Ct. 1002, 181 L. Ed. 2d 734, 2012 U.S. LEXIS 331.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 416 Fed. Appx. 908.

**No. 11-348. Eva Locke, et al., Petitioners v. Joyce Shore, et al.**

565 U.S. 1111, 132 S. Ct. 1004, 181 L. Ed. 2d 734, 2012 U.S. LEXIS 261.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 634 F.3d 1185.

**No. 11-357. Equity in Athletics, Inc., Petitioner v. Department of Education, et al.**

565 U.S. 1111, 132 S. Ct. 1004, 181 L. Ed. 2d 734, 2012 U.S. LEXIS 274,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 639 F.3d 91.

**No. 11-378. David Johnson, Petitioner v. J. D. Whitehead, Warden, et al.**

565 U.S. 1111, 132 S. Ct. 1005, 181 L. Ed. 2d 734, 2012 U.S. LEXIS 396.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 647 F.3d 120.

**No. 11-414. Wakilii Brown, Petitioner v. Alabama.**

565 U.S. 1111, 132 S. Ct. 1005, 181 L. Ed. 2d 734, 2012 U.S. LEXIS 208.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Alabama denied.

Same case below, 74 So. 3d 1039.

**No. 11-418. Khaka Khaburzania, Petitioner v. New York.**

565 U.S. 1111, 132 S. Ct. 1005, 181 L. Ed. 2d 734, 2012 U.S. LEXIS 202.

January 9, 2012. Petition for writ of certiorari to the Criminal Court of the City of New York, Queens County, denied.

**No. 11-442. Hamidrezaz Khazaeli, Petitioner v. City of Concord, California, et al.**

565 U.S. 1111, 132 S. Ct. 1005, 181 L. Ed. 2d 734, 2012 U.S. LEXIS 374,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.